IN THE SUPREME COURT OF TEXAS

 No. 06-0414

 IN RE TEAM ROCKET, L.P. AND MLF AIRFRAMES, INC. AND MARK L. FREDERICK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary order, filed May 24, 2006, is
granted. All proceedings in Cause No. 04-CV-139972, styled Leslie Joan
Creekmore, individually and as representative of the Estate of Thomas
Dwight Creekmore, Denise Creekmore Lesch, Kevin Creekmore, Mitch Creekmore,
and Gary Creekmore v. Team Rocket, L.P., MLF Airframes, Inc., and Mark L.
Frederick, in the 240th District Court of Fort Bend County, Texas, are
stayed pending further order of this Court.

 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., June 28, 2006.

 Done at the City of Austin, this June 13, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk